# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



Gurjit Singh,

        Plaintiff,

v.

U.S. Department Homeland Security et al.,

        Defendants.

5:19-cv-01461 VAP (ADSx)

**ORDER TO SHOW CAUSE WHY TEMPORARY RETRAINING ORDER SHOULD NOT BE GRANTED**

      On August 6, 2019, Petitioner Gurjit Singh ("Petitioner") filed a Petition for Writ of Habeas Corpus and "Emergency" Temporary Restraining Order ("Petition") in this Court. (Doc. No. 1.) The Petition states that Mr. Singh entered the United States on November 13, 2018, immediately requested asylum, and was placed into detention, where he remains. (*Id.*) On December 7, 2018, a United States Citizenship and Immigration Services Asylum Officer determined that Petitioner had no credible fear of persecution or torture. (*Id.* at 5.) Petitioner sought review before an Immigration Judge, who upheld the officer's finding on December 19, 2018. (*Id.*) On June 17, 2019, Petitioner's Motion to Reopen the Immigration Court's credible fear review was denied for want of jurisdiction. (*Id.* at 6.)

      Petitioner now seeks habeas review of the Immigration Court's ruling, as well as an order enjoining Respondents United States Department of

Homeland Security, United States Immigration and Customs Enforcement, Timothy S. Robbins, and William Barr, ("Respondents") from removing him from the United States. (Doc. No. 1.)

Respondents were served with a copy of the Petition on August 12, 2019, (Doc. No. 3), but have yet to respond. The Court therefore ORDERS Respondents to SHOW CAUSE IN WRITING, no later than **August 21, 2019**, why Petitioner's request for a temporary restraining order, pending resolution of the Petition, should not be granted.

**IT IS SO ORDERED.**

Dated: 8/16/19

                                               Virginia A. Phillips
                                      Chief United States District Judge